[No. 26682-2-II.   Division Two.   February 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA BUCHANAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00610-0, Karen B. Conoley and Terry K. McCluskey, JJ., entered November 21, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26983-0-II.   Division Two.   February 15, 2002.]

AUDREY WILLIAMS, *Appellant*, v. KRISTIE MCMAHAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08331-4, John A. McCarthy, J., entered January 5, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 27062-5-II.   Division Two.   February 15, 2002.]

PAUL DANIEL HARVEY, ET AL., *Respondents*, v. SALLY DIANE WILLIAMS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-2-00089-1, Kenneth D. Williams, J., entered February 23, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 46337-3-I.   Division One.   February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEREASE LADON CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01182-6, Ronald L. Castleberry, J., entered March 27, 2000. *Affirmed* by unpublished per curiam opinion.